JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>   Petitioner,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Respondents. | No. 5:21-cv-00505-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: April 15, 2021

_____
R. GARY KLAUSNER
United States District Judge